UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIJON BOYD,<br><br>      Plaintiff,<br><br>v.<br><br>ERIC STAFFORD, et al.,<br><br>      Defendants. | Case No.: 2:21-cv-02153-GMN-NJK<br><br>**ORDER** |

On January 5, 2022, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application too proceed *in forma pauperis*. Docket No. 6. The Court denied Plaintiff's application to proceed *in forma pauperis* without prejudice with leave to file a new, fully complete application by March 7, 2022. Docket No. 7. To date, the Court has not received a new application to proceed *in forma pauperis* or any request to extend the deadline for filing one. The Court will grant Plaintiff one final opportunity to file a new application to proceed *in forma pauperis*.

Accordingly, **IT IS ORDERED:**

1. Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

2. The Clerk of the Court shall send Plaintiff a blank copy of the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

1

3. Plaintiff must comply with this order no later than May 9, 2022. Failure to comply will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: March 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge