# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIJON BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC STAFFORD, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-02153-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 14] |

Pending before the Court is Plaintiff's motion to extend the deadline for him to file a new application to proceed *in forma pauperis*. Docket No. 14. For good cause shown, the Court **GRANTS** Plaintiff's motion. Plaintiff shall have until June 24, 2022, to either make the necessary arrangements to pay the filing fee accompanied by a copy of this order, or file a fully complete application to proceed *in forma pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate. The Court **ORDERS** the Clerk's office to send Plaintiff a blank copy of the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application. Failure to either pay the filing fee or file a fully complete application to proceed *in forma pauperis* by June 24, 2022, will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: April 28, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

1