1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DIJON BOYD,

      Plaintiff,

v.

ERIC STAFFORD, et al.,

      Defendants.

Case No.: 2:21-cv-02153-GMN-NJK

**ORDER**

[Docket No. 16]

Pending before the Court is Plaintiff's motion for clarification of the Court's order requiring him to file a new application to proceed *in forma pauperis*. Docket No. 16. Plaintiff submits that the Court's order does not state why his initial application to proceed *in forma pauperis* was denied. *Id.* at 1. The Court **DENIES** Plaintiff's motion requesting clarification.

On January 6, 2022, the Court denied Plaintiff's original application to proceed *in forma pauperis* for the reasons set forth in the order. *See* Docket No. 7. When Plaintiff failed to file a renewed application to proceed *in forma pauperis* by the Court's deadline, the Court issued an order extending the deadline to May 9, 2022.[1]

Plaintiff has yet to comply with the Court's order by filing a complete application to proceed *in forma pauperis*, including an inmate account statement and a properly executed financial certificate so that the Court may properly determine his *in forma pauperis* status. The Court will give Plaintiff one final opportunity to do so.

Accordingly, **IT IS ORDERED:**

1.    Plaintiff shall either make the necessary arrangements to pay the filing fee, accompanied by a copy of this order, or file a fully complete application to proceed *in forma*

---

[1] The Court later extended the deadline to June 24, 2022. Docket No. 15.

*pauperis*, including an inmate account statement for the past six months and a properly executed financial certificate.

       2.     The Clerk of the Court shall send Plaintiff both a copy of the Court's order at Docket No. 7 and a blank copy of the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

       3.     Plaintiff must comply with this order no later than July 27, 2022.  Failure to comply with this order will result in a recommendation to the District Judge that this case be dismissed.

      IT IS SO ORDERED.

      Dated: June 27, 2022

_____
Nancy J. Koppe
United States Magistrate Judge