# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIJON MALIK BOYD,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC STAFFORD, et al.,<br><br>    Defendants. | Case No. 2:21-cv-02153-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 26] |

Pending before the Court is Plaintiff's motion for order for service by the United States Marshal Service. Docket No. 26. Plaintiff's motion is premature, as the initial filing fee has not yet been paid and his complaint has not been screened. *See* Docket. As set forth in the Court's prior order granting Plaintiff's application to proceed *in forma pauperis*, the Court will screen his complaint after it has received his initial partial filing fee of $13.16. *See* Docket No. 23 at 1. Accordingly, the Court **DENIES** without prejudice Plaintiff's motion for service. Docket No. 26.

The Court will extend Plaintiff's deadline to pay his initial partial filing fee to September 16, 2022. The Court further **INSTRUCTS** the Clerk to mail a copy of this order and the order at Docket No. 23[1] to the inmate accounts department at Southern Desert Correctional Center, P.O. Box 208, Indian Springs, Nevada 89070. **Failure to pay the partial filing fee by September 16, 2022 will result in a recommendation to the District Judge that this case be dismissed.**

IT IS SO ORDERED.

Dated: August 17, 2022

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge

---

[1] The Court notes that the prior copy of this order was mailed to the wrong address because of a clerical error and was returned as undeliverable to the detention facility. *See* Docket 25.