# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DIJON MALIK BOYD,

    Plaintiff,

v.

ERIC STAFFORD, et al.,

    Defendants.

Case No. 2:21-cv-02153-GMN-NJK

**Order**

[Docket No. 28]

Pending before the Court is Plaintiff's motion for order for filing fee. Docket No. 28. Plaintiff submits that he paid this case's filing fee on August 10, 2022. *Id.* at 1. To date, the Court has not received the funds that Plaintiff alleges were withdrawn from his account by the Nevada Department of Corrections. *See id.* at 1-2. *See also* Docket. This case cannot proceed without the receipt of the filing fee. Accordingly, Plaintiff's motion for order for filing fee is **DENIED** without prejudice.[1] Docket No. 28. The Court will extend Plaintiff's deadline to pay his initial partial filing fee to March 10, 2023. The Clerk's Office is **INSTRUCTED** to send a copy of this order and a copy of Docket No. 28 to the inmate accounts department at Southern Desert Correctional Center, P.O. Box 208, Indian Springs, Nevada 89070. Failure to pay the partial filing fee by March 10, 2023, will result in a recommendation to the District Judge that this case be dismissed.

IT IS SO ORDERED.

Dated: January 26, 2023

Nancy J. Koppe
United States Magistrate Judge

---

[1] Because this case's filing fee has not been received, the Court also **DENIES** without prejudice Plaintiff's request for the issuance of three subpoenas. Docket No. 28.